COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Aleksander Borisov v. Kerry Lea Keels Chief Clerk, Harris County Justice Court Precinct 5 Place 1.

Appellate case number:    01-15-00522-CV

Trial court case number:   1041858

Trial court:              County Civil Court at Law No. 4

Appellee has filed a "Motion to Dismiss for Lack of Jurisdiction" because appellant's notice of appeal, filed 31 days after the trial court signed the judgment, was untimely. *See* TEX. R. APP. P. 26.1. Appellee further argues that appellant is not entitled to the 15-day extension period provided by rule 26.3 because he failed to file a motion for extension of time. *See* TEX. R. APP. P. 26.3. Appellee moves for dismissal of the appeal. We deny the motion.

Generally speaking, a party wishing to file an appeal must file a notice of appeal within 30 days after the trial court signs the judgment or order. *See* TEX. R. APP. P. 26.1. A party may obtain additional time to file a notice of appeal if, within fifteen days after the deadline to file the notice of appeal, the party properly files the notice of appeal and a motion for extension of time. *See* TEX. R. APP. P. 26.3. Courts imply a motion for extension of time when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day extension period provided by rule 26.3. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). The appellant must, however, offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998).

Here, appellant filed his notice of appeal after the thirty-day deadline but within the fifteen-day extension period. Further, after receiving our notice of intent to dismiss this case, appellant responded by providing a reasonable explanation for failing to timely file his notice of appeal. Accordingly, we imply a motion for extension, and appellant's notice of appeal was timely filed within the fifteen-day extension period.

Accordingly, we DENY appellee's motion to dismiss appellant's appeal.

It is so ORDERED.

Judge's signature:___s/_Sherry Radack____
⊠ Acting individually ☐ Acting for the Court

Date: December 29, 2015